# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02686-RM-NRN

LISA ESSLINGER,

    Plaintiff,

v.

PERSHING ADVISOR SOLUTIONS LLC, a Delaware limited liability company,

    Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Lisa Esslinger and Defendant Pershing Advisor Solutions LLC, by and through their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal of the above-referenced civil action in its entirety with prejudice and with each party to bear its own costs and attorneys' fees.

Respectfully submitted on August 27, 2018.

| | |
|---|---|
| *s / Ariel B. DeFazio* | *s/ James A. Holt* |
| Charlotte N. Sweeney | Catherine S. Ryan |
| Ariel B. DeFazio | James A. Holt |
| Sweeney & Bechtold, LLC | Reed Smith LLP |
| 650 S. Cherry St., Ste. 700 | 225 Fifth Ave., Ste. 1200 |
| Denver, CO 80246 | Pittsburgh, PA 15222 |
| (303) 865-3733 | (412) 288-4226 / 4173 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on August 27, 2018, the foregoing *Stipulation for Dismissal with Prejudice* was filed electronically with the Court. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system, and the parties may access this filing through the Court's system.

*s/ James A. Holt*
James A. Holt
*Attorney for Defendant*